IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 3:09-mc-00272-VLB |
| ) | |
| WAYNE BURSEY, as OFFICER/ ) | |
| DIRECTOR of NOVA BENEFIT PLANS ) | |
| LLC, ) | |
| ) | |
| Respondent. ) | |

## DECLARATION OF JULIO LA ROSA

1. I am the Special Agent in Charge of the St. Paul Field Office, Internal Revenue Service - Criminal Investigation Division. As the head of the St. Paul Field Office, I am the individual charged with making all criminal referrals for this field office, including recommendations for initiation or expansion of grand jury investigations. In the course of my duties I have access to the records of the Internal Revenue Service concerning criminal referrals made to the Department of Justice. Specifically, I directed an attorney from Area Counsel, Criminal Tax, to run a search on Area Counsel's databases to determine whether any referral had been made, nationwide, with respect to Daniel Carpenter or Wayne Bursey. There were no results to that search, and, as counsel has advised me, that means that no referrals have been made with respect to Daniel Carpenter or Wayne Bursey.

2. Based on the facts detailed above, as of the date of this declaration, the Internal Revenue Service has not made a referral of Daniel Carpenter or Wayne Bursey to the Department of Justice within the meaning of 26 U.S.C. § 7602(d)(1).

5427651.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: MAY 3, 2010.

JULIO La ROSA
Special Agent in Charge
St. Paul Field Office

5427651.1