# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                               )<br>         Petitioner,                              )<br>                                                               )<br>    v.                                                     )    Civil No.:  3:09-mc-00272-RNC<br>                                                               )<br>WAYNE BURSEY, as OFFICER/DIRECTOR )<br>    of NOVA BENEFIT PLANS LLC,        )<br>                                                               )<br>         Respondent.                            ) | |

## STIPULATION OF DISMISSAL

Petitioner, United States of America, and Respondent, Wayne Bursey,[1] as Officer/Director of Nova Benefit Plans, LLC, stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of the above-captioned case. Each party will bear their own costs and expenses, including attorneys' fees.

---

[1] Mr. Bursey passed away in March 2015.  The undersigned counsel for Mr. Bursey has obtained consent to enter into this Stipulation from Mr. Bursey's wife, who will be overseeing his estate.

12722523.1

Date:  May 20, 2015                                   Respectfully submitted:

Deirdre M. Daly
Acting United States Attorney                         /s/ Paul R. Dehmel
                                                      Joseph M. Pastore III (ct11431)
Caroline A. Ciraolo                                   Paul R. Dehmel (ct23063)
Acting Assistant Attorney General                     Pastore & Dailey, LLC
Tax Division                                          4 High Ridge Park, Third Floor
                                                      Stamford, CT  06905
/s/ Hilarie Snyder                                    202-658-8454 (tel)
Hilarie Snyder                                        203-348-0852 (fax)
United States Department of Justice                   jpastore@psdlaw.net
P.O. Box 7238, Ben Franklin Station                   pdehmel@psdlaw.net
Washington, DC 20044
202-307-2708                                          Counsel for Respondent, Wayne Bursey, as
hilarie.e.snyder@usdoj.gov                            Officer/Director of NOVA Benefit Plans
                                                      LLC
Counsel for Petitioner, United States of
America

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of May, 2015 that I electronically filed a copy of this Stipulation of Dismissal with the Court's electronic filing system, which will send copies to all counsel of record, including counsel for Mr. Bursey, Paul R. Dehmel and Joseph M. Pastore III, Gerald T. Giaimo, Jeffrey F. Gostyla, and Ira B. Stechel.

/s/ Hilarie Snyder
Hilarie Snyder